UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  05-10661-PBS

| | |
|---|---|
| TERENCE LONG, MARK MCKEOWN, PETER PAPASSO, and MARK WALSH, <br>     Plaintiffs, <br><br> v. <br><br> CITY OF BOSTON, Massachusetts, THOMAS MENINO, in his capacity as Mayor of the City if Boston; KATHLEEN O'TOOLE, in her capacity as Commissioner of the City of Boston; RUTH BRAMSON, in her capacity as Chief Human Resources Officer of the Commonwealth of Massachusetts; and the COMMONWEALTH OF MASSACHUSETTS, <br><br>     Defendants. | |

## STIPULATION OF DISMISSAL AS TO DEFENDANTS THOMAS MENINO AND KATHLEEN O'TOOLE

      Now come the Parties in the above-captioned case and hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1) to dismiss all counts as they relate to Defendants Thomas Menino and Kathleen O'Toole, without prejudice.  This stipulation shall not apply to the remaining claim or claims made by the Plaintiff against the other Defendants, the City of Boston, Ruth Bramson and the Commonwealth of Massachusetts.

| PLAINTIFFS TERENCE LONG, et al. | DEFENDANTS,<br>THOMAS MENINO and<br>KATHLEEN O'TOOLE<br>Merita A. Hopkins<br>Corporation Counsel, City of Boston<br>By their attorney, |
|---|---|
| S/Mark Ventola<br>_____<br>Mark Ventola, BBO# 549570<br>Sheehan, Phinney, Bass & Green<br>260 Franklin Street, Suite 1901<br>Boston, MA  02110<br>(617) 897-5630 | S/Stephen G. Cox<br>_____<br>Stephen G. Cox,  BBO# 566943<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, Boston City Hall<br>Boston, Massachusetts 02201<br>(617) 635-4064 |
| | DEFENDANT, RUTH BRAMSON and the COMMONWEALTH OF MASSACHUSETTS |
| | S/Victoria Cole<br>_____<br>Victoria Cole, BBO#654996<br>Office of the Attorney General<br>Government Bureau/Admin Law<br>1 Ashburton Place, Rm 2019<br>Boston MA 02108<br>(617) 727-2200, ext. 2083 |