UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TERENCE LONG, *et al.*,

                Plaintiffs,

      v.

CITY OF BOSTON, *et al.*,

                Defendants.

CIVIL ACTION
NO. 05-10661-PBS

## APPEARANCE

Please enter on the docket the appearance of Victoria S. Cole as counsel for the State defendants, the Commonwealth of Massachusetts and Ruth Bramson, in her capacity as Director of the Human Resources Division of the Commonwealth of Massachusetts.

                Respectfully submitted,

                THOMAS F. REILLY
                ATTORNEY GENERAL

                /s/ Victoria S. Cole
                Victoria S. Cole, BBO # 654996
                Assistant Attorneys General
                Government Bureau
                One Ashburton Place, Room 2019
                Boston, MA 02108-1698
                (617) 727-2200, ext. 2083

Dated: May 5, 2005

### Certificate of Service

I hereby certify that on May 5, 2005, I served this Appearance on counsel for all other parties by filing it electronically and, where necessary, by first-class U.S. mail, postage prepaid.

                /s/ Victoria S. Cole
                Victoria S. Cole