UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERENCE LONG, *et al.*,<br>          Plaintiffs,<br><br>     v.<br><br>CITY OF BOSTON, *et al.*,<br>          Defendants. | CIVIL ACTION<br>NO. 05-10661-PBS |

**APPEARANCE**

Please enter on the docket the appearance of Victoria S. Cole as counsel for the State defendants, the Commonwealth of Massachusetts and Ruth Bramson, in her capacity as Director of the Human Resources Division of the Commonwealth of Massachusetts.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Victoria S. Cole
Victoria S. Cole, BBO # 654996
Assistant Attorneys General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 2083

Dated: May 5, 2005

**Certificate of Service**

I hereby certify that on May 5, 2005, I served this Appearance on counsel for all other parties by filing it electronically and, where necessary, by first-class U.S. mail, postage prepaid.

/s/ Victoria S. Cole
Victoria S. Cole