UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TERENCE LONG, *et al.*,
                Plaintiffs,

v.

CITY OF BOSTON, *et al.*,
                Defendants.

CIVIL ACTION
NO. 05-10661-PBS

**STATE DEFENDANTS' MOTION TO ENLARGE TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

      The State defendants, the Commonwealth of Massachusetts and Ruth Bramson, in her capacity as Director of the Human Resources Division of the Commonwealth of Massachusetts, respectfully seek an enlargement of time within which to answer or otherwise respond to the complaint of approximately two weeks, **through and including May 20, 2005**. As grounds, the State defendants state as follows:

      1.      The records of the State defendants reflect that the complaint was served on the Human Resources Division on April 15, 2005. Thus, the State defendants' answer or other response is due today, May 5, 2005, and this motion to enlarge is timely. If, however, the Court deems the State defendants' answer or other response to have been due earlier than May 5, 2005, the State defendants ask that an enlargement be entered nunc pro tunc.

      2.      Counsel for the State defendants, as well as officials of the Human Resources Division, have been consumed with the press of other business since April 15, 2005, and are unable to prepare an answer or other response by today.

      3.      Counsel for the plaintiffs and for defendant City of Boston assent to this motion.

For these reasons, the State defendants respectfully request an enlargement of time within which to answer or otherwise respond to the complaint of approximately two weeks, **through and including May 20, 2005**.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS and RUTH BRAMSON, in her capacity as Director of the Human Resources Division of the Commonwealth of Massachusetts,

By their attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Victoria S. Cole
Victoria S. Cole, BBO # 654996
Assistant Attorneys General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 2619 (Kehoe)
ext. 2083 (Cole)

Dated: May 5, 2005

**Local Rule 7.1 Certification**

I hereby certify that I consulted with counsel for the other parties before filing this motion. Counsel for the plaintiff and for the co-defendant indicated their assent to this motion.

/s/ Victoria S. Cole
Victoria S. Cole

**Certificate of Service**

I hereby certify that on May 5, 2005, I served this motion on counsel for all other parties by filing it electronically and, where necessary, by first-class U.S. mail, postage prepaid.

/s/ Victoria S. Cole
Victoria S. Cole
