# UNITED STATES DISTRICT COURT

EASTERN _____  District of    MASSACHUSETTS

*FILED* CLERKS OFFICE

Terence Long, Mark McKeown,
Peter Papasso, and Mark Walsh

V.

2005 APR 26  A 11: 23

**SUMMONS IN A CIVIL CASE**

U.S. DISTRICT COURT
DISTRICT OF MASS

City of Boston, Thomas Menino,
Kathleen O'Toole, Ruth Bramson,
and the Commonwealth of
Massachusetts

CASE NUMBER:

# 05 - 10661 PBS

TO: (Name and address of Defendant)

Ruth Bramson,
Director of the Human Resource Division
One Ashburton Place
Boston, MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark Ventola
Sheehan Phinney Bass + Green, PA
260 Franklin Street, Suite 1901
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

4-5-05

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                Date                              Signature of Server

_____
                                  Address of Server

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA  02108 • (617) 989-6999
*Suffolk, ss.*

April 18, 2005
I hereby certify and return that on 4/15/2005 at  1:00PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Ms.Latham,  agent and person in charge at the time of service for Ruth N. Bramson, at Director of Human Resource Division,  1 Ashburton Place,  Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff   Pierre Walloway, Jr.

                                           *Deputy Sheriff*