# UNITED STATES DISTRICT COURT

EASTERN District of MASSACHUSETTS

FILED
CLERKS OFFICE
2005 APR 26 A 11: 23
U.S. DISTRICT COURT
DISTRICT OF MASS

Terence Long, Mark McKeown, Peter Papasso, and Mark Walsh

V.

City of Boston, Thomas Menino, Kathleen O'Toole, Ruth Bramson, and the Commonwealth of Massachusetts

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10661 PBS

TO: (Name and address of Defendant)

Kathleen O'Toole
Commission, Boston Police Department
1 Schroeder Plaza
Roxbury, MA 02120

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark Ventola
Sheehan Phinney Bass + Green, PA
260 Franklin Street, Suite 1901
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

4-5-05

DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (specify): ______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________
Date *Signature of Server*

______________________
*Address of Server*

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

... that on 4/13/2005 at 3:35PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to S.Jatte, agent and person in charge at the time of service for Kathleen O'Toole, Commissioner, at Boston Police Department, one Schroder Plaza, Boston, MA 02105. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff Pierce Waltower, Jr.

Deputy Sheriff

(1)