# UNITED STATES DISTRICT COURT

EASTERN                          District of    MASSACHUSETTS            FILED
                                                                    CLERKS OFFICE

Terence Long, Mark McKeown,
Peter Papasso, and Mark Walsh                              2005 APR 26  A 11: 23

V.                                          **SUMMONS IN A CIVIL CASE**

City of Boston, Thomas Menino,                           DISTRICT COURT
Kathleen O'Toole, Ruth Bramson,                         DISTRICT OF MASS
and the Commonwealth of                    CASE NUMBER:
Massachusetts


## 05-10661 PBS

TO: (Name and address of Defendant)

Thomas Menino, Mayor
City of Boston
Boston City Hall
One City Hall Square
Boston, MA 02201


**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark Ventola
Sheehan Phinney Bass + Green, PA
260 Franklin Street, Suite 1901
Boston, MA 02110


an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK ANTON                                   DATE  4-5-05

(By) DEPUTY CLERK

◆AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                   Date                    Signature of Server

_____
Address of Server

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA  02108 • (617) 989-6999
*Suffolk, ss.*

and re...

...ge at the time
...ly Hall Boston, MA 02114. Basic Service Fee IH) $30.00, One City Hall Plaza,
Handling ($1.00), Attest.Copies ($5.00) Total Charges $36.00   Postage and

Deputy Sheriff   George Slyva

_____
Deputy Sheriff

05006751