# UNITED STATES DISTRICT COURT

EASTERN District of MASSACHUSETTS

Terence Long, Mark McKeown,
Peter Papasso, and Mark Walsh

V.

City of Boston, Thomas Menino,
Kathleen O'Toole, Ruth Bramson,
and the Commonwealth of
Massachusetts

FILED
CLERKS OFFICE

2005 APR 26 A 11:23

## SUMMONS IN A CIVIL CASE

U.S. DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER:

## 05-10661 PBS

TO: (Name and address of Defendant)

Rosaria Salerno, Clerk
City of Boston
Boston City Hall
One City Hall Square
Boston, MA 02201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark Ventola
Sheehan Phinney Bass + Green, PA
260 Franklin Street, Suite 1901
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: SARAH A. THORNTON

DATE: 4-5-05

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
             Date            Signature of Server

_____
Address of Server



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

April 19, 2005

I hereby certify and return that on 4/19/2005 at 8:30AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to J.Jacobs, agent and person in charge at the time of service for City of Boston, at , Rosaria Salerno, City Hall Plaza, Room 601 Boston, MA 02201. Fees: Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($3.84) Total Fees: $34.84

_____
Deputy Sheriff