UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
TERENCE LONG, MARK MCKEOWN,            )
PETER PAPASSO, AND                     )
MARK WALSH,                            )
                                       )
              Plaintiffs,              )
                                       )
v.                                     )   Docket No. 05CV-10661-PBS
                                       )
CITY OF BOSTON, MASSACHUSETTS,         )
THOMAS MENINO,                         )
in his capacity as Mayor of the City of Boston, )
KATHLEEN O'TOOLE, in her capacity as   )
Commissioner of the Boston Police Department, )
RUTH BRAMSON, in her capacity as       )
Director of the Human Resource Division )
of the Commonwealth of Massachusetts,  )
and, the COMMONWEALTH OF               )
MASSACHUSETTS,                         )
                                       )
              Defendants.              )
_____)
```

## PLAINTIFFS' CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3) the undersigned counsel for each of the plaintiffs hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outline in Local Rule 16.4.

Respectfully Submitted,

TERENCE LONG, MARK MCKEOWN,
PETER PAPASSO AND MARK WALSH,

By Their Attorneys:

SHEEHAN, PHINNEY, BASS + GREEN,
Professional Association


By: __/s/ Mark Ventola_____
    Mark Ventola
    BBO# 549570
    260 Franklin Street
    Suite 1901
    Boston, MA 02110
    (617) 897-5630


Dated: __May 17, 2005_ , 2005


/s/Terence Long_____
Terence Long


/s/Mark McKeown____
Mark McKeown


/s/Peter Papasso_____
Peter Papasso


/s/Mark Walsh_____
Mark Walsh

<u>Certificate of Service</u>

I, Mark J. Ventola, do hereby certify that on this __17th__ day of __May___, 2005, I served a copy of the foregoing, by first-class mail, upon:

Stephen G. Cox, Esq.
Assistant Corporations Counsel
City of Boston Law Department
Room 615, Boston City Hall
Boston, MA 02110

Victoria Cole, Esq.
Office of the Attorney General
Government Bureau/Admin Law
One Ashburton Place, Room 2019
Boston, MA 02108

/s/ Mark Ventola
Mark J. Ventola