UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERENCE LONG, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>CITY OF BOSTON, *et al.*,<br>    Defendants. | CIVIL ACTION<br>NO. 05-10661-PBS |

**APPEARANCE**

Please enter on the docket the appearance of Ronald F. Kehoe as counsel for the State defendants, the Commonwealth of Massachusetts and Ruth Bramson, in her capacity as Director of the Human Resources Division of the Commonwealth of Massachusetts.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Ronald F. Kehoe
Ronald Kehoe, BBO # 264260
Assistant Attorneys General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 2619

Dated: May 17, 2005

**Certificate of Service**

I hereby certify that on May 17, 2005, I served this Appearance on counsel for all other parties by filing it electronically and, where necessary, by first-class U.S. mail, postage prepaid.

/s/ Ronald F. Kehoe
Ronald F. Kehoe