# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

TERENCE LONG, *et al.*,

                Plaintiffs,

      v.

CITY OF BOSTON, *et al.*,

                Defendants.

CIVIL ACTION
NO. 05-10661-PBS

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Victoria S. Cole, Assistant Attorney General, as counsel for the state defendants, the Commonwealth of Massachusetts and Ruth Bramson, in her capacity as Director of the Human Resources Division of the Commonwealth of Massachusetts.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Victoria S. Cole
Victoria S. Cole, BBO # 654996
Assistant Attorneys General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 2083

Dated: June 15, 2005

### Certificate of Service

I hereby certify that on June 15, 2005, I served this Withdrawal of Appearance on counsel for all other parties by filing it electronically and, where necessary, by mailing it by first-class U.S. mail, postage prepaid.

/s/ Victoria S. Cole
Victoria S. Cole