UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Terence Long, et al
        Plaintiffs,                  CIVIL ACTION
                                                      NO.   05-10661-PBS
    v.

City of Boston, Massachusetts, et al
        Defendants.

## NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                                                                September 14, 2005

      The Further Scheduling Conference previously scheduled for September 22, 2005, has been **rescheduled** to **September 26, 2005, at 2:30 p.m.**

                                                                           By the Court,

                                                                        _./s/ Robert C. Alba_
                                                                        Deputy Clerk

Copies to:  All Counsel

resched.ntc