UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Terrence Long, et al
        Plaintiff(s),                CIVIL ACTION
                                                NO.   05-10661-PBS
    v.

City of Boston, et al
        Defendant(s).

## NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                                               September 26, 2005

      The Scheduling Conference previously scheduled for September 26, 2005, has been **rescheduled** to **October 5, 2005, at 2:30 p.m.**

                                                      By the Court,

                                                      _./s/ Robert C. Alba_
                                                      Deputy Clerk

Copies to:  All Counsel

resched.ntc