UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TERENCE LONG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| v. | ) | NO. 05-10661-PBS |
| | ) | |
| CITY OF BOSTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE SARIS

[ ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On   October 21, 2005  , I held the following ADR proceeding:

      _____ SCREENING CONFERENCE        _____ EARLY NEUTRAL EVALUATION

      \_\_X\_\_ MEDIATION        _____ SUMMARY BENCH/JURY TRIAL

      _____ MINI-TRIAL        _____ SETTLEMENT CONFERENCE

All parties were represented by counsel and were present in person or by authorized corporate officer.

The case was:

[ ]  Settled. Your clerk should enter a 30-day order of dismissal.

[ X ]  There was progress. The parties are to contact the court on 10/24/05 to schedule a further conference.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

        / s / Judith Gail Dein
       Judith Gail Dein, U.S. Magistrate Judge
DATED: October 21, 2005        ADR Provider