UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERENCE LONG, MARK MCKEOWN,<br>PETER PAPASSO, MARK WALSH,<br>AND ROBERT BOTTARY,<br><br>          Plaintiffs,<br><br>v.<br><br>CITY OF BOSTON, MASSACHUSETTS,<br>RUTH BRAMSON, in her capacity as<br>Director of the Human Resource Division<br>of the Commonwealth of Massachusetts,<br>and, the COMMONWEALTH OF<br>MASSACHUSETTS,<br><br>          Defendants. | Docket No. 05CV-10661-PBS |

## NOTICE OF CHANGE OF FIRM ADDRESS

Now comes counsel for the Plaintiffs and notifies this Court and counsel of record of a change of firm address. The telephone number and facsimile numbers will remain the same. Effective October 31, 2005, the new address is:

**MARK J. VENTOLA, ESQUIRE**
**SHEEHAN PHINNEY BASS + GREEN**
**ONE BOSTON PLACE**
**BOSTON, MASSACHUSETTS 02108**

Respectfully Submitted,


TERENCE LONG, MARK MCKEOWN,
PETER PAPASSO, MARK WALSH,
AND ROBERT BOTTARY

By Their Attorneys:

SHEEHAN, PHINNEY, BASS + GREEN,
Professional Association


By: /s/ Mark Ventola_____
    Mark Ventola
    BBO# 549570
    One Boston Place
    Boston, MA 02108
    Telephone (617) 897-5600
    Facsimile (617) 439-9363


Dated:  October 26, 2005