UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERENCE LONG, et al., ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| v. ) | NO. 05-10661-PBS |
| ) | |
| CITY OF BOSTON, et al., ) | |
| ) | |
| Defendants. ) | |

**FURTHER REPORT RE: REFERENCE FOR**
**<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

TO JUDGE SARIS

[ ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On ___October 21, 2005___, I held the following ADR proceeding:

    _____   SCREENING CONFERENCE      _____   EARLY NEUTRAL EVALUATION

    __X__   MEDIATION      _____   SUMMARY BENCH/JURY TRIAL

    _____   MINI-TRIAL      _____   SETTLEMENT CONFERENCE

All parties were represented by counsel and were present in person or by authorized corporate officer.

The case was:

[ X ]  Settled.  Your clerk should enter a 60-day order of dismissal.

[ ]  There was progress.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

_____

_____


                                                              / s / Judith Gail Dein
                                                          Judith Gail Dein, U.S. Magistrate Judge

DATED:  October 28, 2005                                       ADR Provider