UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERENCE LONG, MARK MCKEOWN, PETER PAPASSO, MARK WALSH AND ROBERT BOTTARY<br>    Plaintiffs, | )<br>)<br>)<br>)<br>) |
| v. | )   Civil Action No. 05-10661-PBS |
| | ) |
| CITY OF BOSTON, ET AL<br>    Defendants | )<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as an attorney of record for the following defendants in the above-entitled action:  City of Boston.

                          Respectfully submitted,
                          DEFENDANTS, CITY OF BOSTON
                          Merita A. Hopkins
                          Corporation Counsel

                          By their attorney:

                          /s/ Susan M. Weise
                          _____
                          Susan M. Weise
                          First Assistant Corporation Counsel
                          For Litigation
                          BBO#545455
                          City of Boston Law Department
                          Room 615, City Hall
                          Boston, MA  02201
                          (617)635-4040

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of this document was served upon counsel of record via electronic filing.

Date:  1/20/06                                                   /s/ Susan M. Weise
                                                          Susan M. Weise, Esquire