UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  05-10661-PBS

TERENCE LONG, MARK MCKEOWN, PETER PAPASSO, and MARK WALSH,
    Plaintiffs,

v.

CITY OF BOSTON et al.
    Defendants.

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please withdraw the appearance of Attorney Stephen G. Cox as attorney for the Defendant, City of Boston, in the above-entitled action. Successor Counsel is filing an appearance herewith.

Respectfully submitted,

DEFENDANT, CITY OF BOSTON
Merita A. Hopkins
Corporation Counsel
By its attorney:


/s/ Stephen G. Cox
_____
Stephen G. Cox  BBO# 566943
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4064