UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.   05-10661-PBS

| | |
|---|---|
| TERENCE LONG, MARK MCKEWON, PETER PAPASSO, MARK WALSH AND TOVERT BOTTARY, Plaintiffs | ) ) ) ) ) |
| v. | ) ) |
| CITY OF BOSTON, Massachusetts, RUTH BRAMSON, in her capacity as Chief Human Resources Officer of the Commonwealth of Massachusetts, and the COMMONWEALTH OF MASSACHUSETTS, Defendants | ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

Now comes Joseph G. Donnellan and enters his appearance as attorney for the plaintiff Mark McKewon in the above captioned matter.

Respectfully submitted,
The plaintiff, Mark McKewon,
by his attorney,


/s/ Joseph G. Donnellan_____
Joseph G. Donnellan
BBO# 558060
160 Gould Street, Suite 111
Needham, Massachusetts 02494
(781) 455-0707

CERTIFICATE OF SERVICE

      I, Joseph G. Donnellan, hereby certify that on this 2nd day of August, 2006 a copy of the foregoing Notice of Appearance was sent via first class mail, postage prepaid to the following to all counsel of record

                /s/ Joseph G. Donnellan_____
                Joseph G. Donnellan, Esquire