UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERENCE LONG, MARK MCKEOWN, PETER PAPASSO, MARK WALSH, AND ROBERT BOTTARY,<br><br>     Plaintiffs,<br><br>v.<br><br>CITY OF BOSTON, MASSACHUSETTS, RUTH BRAMSON, in her capacity as Director of the Human Resource Division of the Commonwealth of Massachusetts, and, the COMMONWEALTH OF MASSACHUSETTS,<br><br>     Defendants. | Docket No. 05CV-10661-PBS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance for the Plaintiff, Mark McKeown in the above-referenced action. Joseph G. Donnellan has appeared in this action for Mr. McKeown.

                              Respectfully Submitted,
                              SHEEHAN, PHINNEY, BASS + GREEN,

                              By: /s/ Mark Ventola
                                  Mark Ventola (BBO# 549570)
                                  One Boston Place, 38th Floor
                                  Boston, MA 02108
                                  Telephone (617) 897-5600
                                  Facsimile (617) 439-9363

                   Certificate of Service

I hereby certify that a copy of this document was served on all counsel by electronic filing.

Dated: August 21, 2006            /s/ Mark Ventola
                                  Mark Ventola, Esq.